Mark S. Eisen (CA 289009)
Benesch, Friedlander, Coplan & Aronoff LLP
71 S. Wacker Drive, Suite 1600
Chicago, Illinois 60606
Telephone: 312.212.4956
Facsimile: 312.767.9192
meisen@beneschlaw.com

Grace McElroy (CA 366719)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone:   628.600.2250
Facsimile:    628.221.5828
gmcelroy@beneschlaw.com

Attorneys for Defendant Fashion Nova, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLEEN SHAVIES, individually and on behalf of all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FASHION NOVA, LLC, <br><br> Defendants. | Case No. 4:26-cv-03523-JCS <br><br> [~~PROPOSED~~] **ORDER GRANTING STIPULATION TO TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND EXTEND DEADLINE TO ANSWER** <br><br> Complaint Filed: April 24, 2026 |

1

[~~PROPOSED~~] ORDER GRANTING STIPULATION TO TRANSFER CASE AND
EXTEND DEADLINE TO ANSWER
Case No. 4:26-cv-03523-JCS28827535 v1

The Court, having received from the Parties a Joint Stipulation to Transfer and Extend Time for Defendant Fashion Nova, LLC ("Fashion Nova") to respond to Plaintiff Charleen Shavies' ("Plaintiff's") Complaint, and good cause appearing therefore, ORDERS as follows:

1.    This action is hereby TRANSFERRED to the United States District Court for the Central District of California to enable consolidation with Charlisa Burton v. Fashion Nova LLC, et al., No. 2:26-cv-05986 (C.D. Cal.).

2.    The time for Fashion Noval to respond to Plaintiff's Complaint is extended from June 17, 2026 through and including August 7, 2026.

**IT IS SO ORDERED.**

Dated:  June 22, 2026

_____
HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

**[PROPOSED] ORDER GRANTING STIPULATION TO TRANSFER CASE AND EXTEND DEADLINE TO ANSWER**
**Case No. 4:26-cv-03523-JCS28827535 v1**